**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-1028-WJM-SKC

RAH ENTERPRISES, LLC,

      Plaintiff,

v.

TRAVELERS CASUALTY INSURANCE COMPANY
OF AMERICA,

      Defendant.

_____

**JOINT NOTICE OF SETTLEMENT**
_____

      The parties, Plaintiff RAH Enterprises, LLC ("RAH") and Defendant, Travelers Insurance Company of America ("Travelers"), by and through their respective undersigned counsel, hereby provide the Court with notice that the parties have reached an agreement that fully resolves all matters in dispute between the parties. The parties are currently working to formalize their agreement in a final form, which contemplates the filing of a stipulated dismissal with prejudice once the final agreement is executed and effective. Plaintiff and Defendant anticipate they will file the stipulation of dismissal on or before August 30, 2019.  The parties respectfully request that the Court take no further action in the case pending the filing of the dismissal stipulation and vacate the pre-trial conference set for 9:30 on August 22, 2019, before Magistrate Crews.

Respectfully submitted this 13th day of August, 2019.

MERLIN LAW GROUP, PA

By: *s/ Jonathan Bukowski*
Larry E. Bache, Jr.
Jonathan Bukowski
1001 17th Street, Ste. 1150
Denver, CO 80202
Telephone:  720-665-9680
lbache@merlinlawgroup.com
jbukowski@merlinlawgroup.com
*Attorneys for Plaintiff*

FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC

By:  *s/ Jeri J. Wettestad*
Amy M. Samberg
Jeri J. Wettestad
700 17th Street, Ste. 1350
Denver, Colorado 80202
Telephone:  (720) 336-2244
asamberg@fgppr.com
jwettestad@fgppr.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 13, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Larry E. Bache, Jr., Esq.
Jonathan E. Bukowski
Merlin Law Group, PA
1001 17th Street, Ste. 1150
Denver, CO 80202
Telephone:  720-665-9680
lbache@merlinlawgroup.com
jbukowski@merlinlawgroup.com
*Attorneys for Plaintiff*

*s/ Elizabeth Musgrave*
Elizabeth Musgrave

2