**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-1028-WJM-SKC

RAH ENTERPRISES, LLC,

      Plaintiff,

v.

TRAVELERS CASUALTY INSURANCE COMPANY
OF AMERICA,

      Defendant.

---

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO FED.R.CIV.P. 41**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff RAH Enterprises, LLC (hereinafter referred to as "RAH") and Defendant Travelers Casualty Insurance Company of America (hereinafter referred to as "Travelers"), by and through their undersigned counsel, hereby submit the following Stipulation of Dismissal of Action with Prejudice and, in support thereof, state as follows:

1. On May 2, 2018, Plaintiff commenced this action by filing its Complaint and Jury Demand ("Complaint") against Travelers in the United States District Court for the District of Colorado [Docket No. 1].

2. On June 15, 2018, Travelers filed its Answer, Affirmative Defenses, and Jury Demand [Docket No. 12] to the Complaint.

3. Plaintiff and Travelers have entered into a confidential settlement agreement resolving all claims among them in this action, and which requires a dismissal of this action, *with prejudice*, with each party responsible for its own attorneys' fees and costs.

4. Fed. R. Civ. P. 41(a)(1)(A)(ii) provides, in pertinent part, that "[t]he plaintiff may dismiss an action without a court order by filing … a stipulation of dismissal signed by all parties who have appeared." As indicated below, all parties that have appeared in this action have signed this Stipulation. Accordingly, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby stipulates to the dismissal of this action, *with prejudice*, with each party to bear its own attorneys' fees and costs.

WHEREFORE, Plaintiff RAH Enterprises, LLC and Defendant Travelers Casualty Insurance Company of America respectfully request that the Court enter an Order dismissing this action, *with prejudice*, with each party to bear its own attorneys' fees and costs.

Respectfully submitted this 26th day of August 2019.

| MERLIN LAW GROUP, PA | FORAN GLENNON PALANDECH PONZI & RUDLOFF PC |
|---|---|
| By: *s/ Jonathan E. Bukowski*<br>Jonathan E. Bukowski<br>Timothy G. Burchard II<br>Larry E. Bache, Jr.<br>1001 17th Street, Ste. 1150<br>Denver, CO 80202<br>Telephone: 720-665-9680<br>jbukowski@merlinlawgroup.com<br>tburchard@merlinlawgroup.com<br><br>**Attorneys for Plaintiff** | By: *s/ Jeri J. Wettestad*<br>Amy M. Samberg<br>Jeri J. Wettestad<br>700 17th Street, Ste. 1350<br>Denver, Colorado 80202<br>Telephone: (720) 336-2244<br>asamberg@fgppr.com<br>jwettestad@fgppr.com<br><br>**Attorneys for Defendant** |